THE OCEAN GROVE CAMP MEETING ASSOCIATION OF THE METHODIST EPISCOPAL CHURCH, DEFENDANT IN ERROR, v. SAMUEL A. REEVES, PLAINTIFF IN ERROR.

Argued July 5, 1910—Decided March 6, 1911.

On error to the Supreme Court, whose opinion is reported in 50 *Vroom* 334.

For the plaintiff in error, *Robert H. McCarter* and *Durand, Ivins & Carton.*

For the defendant in error, *Gilbert Collins* and *Patterson & Rhome.*

PER CURIAM.

We concur in the result reached by the Supreme Court in this case, and agree in the main with the reasoning set forth in the opinion delivered for that court by Mr. Justice Trenchard. We are not to be understood as approving the declaration that: "In general, a tenant is not assessed for his interest in the land, because, presumably, it has no value. The rent which he pays is ordinarily all that the land is worth. The estate for years has no market value in such cases," &c. Nor are we prepared to adopt the comment upon the decision of this court in *Ocean Grove Association* v. *Sanders,* 39 *Vroom* 631. Those portions of the opinion referred to are not, as we think, at all essential to the line of reasoning.

The judgment under review should be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, BERGEN. VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON, JJ.   10.

*For reversal*—None.